```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  OMAR LARA-CARINO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-00287-MCE |
|---|---|
| Plaintiff, | ) AMENDED |
|  | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
|  | ) |
| OMAR LARA-CARINO, | ) |
|  | ) Date: October 17, 2006 |
| Defendant. | ) Time: 8:30 a.m. |
|  | ) Judge: Hon. Morrison C. England Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Michael M Beckwith, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of October 3, 2006, is vacated and a new Status Conference hearing date of October 17, 2006, at 8:30 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.

///

1    It is further stipulated that the period from October 3, 2006,
2 through and including October 17, 2006, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated: October 3, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
OMAR LARA-CARINO

Dated: October 3, 2006        MCGREGOR W. SCOTT
                              United States Attorney


                              /s/  Mary M. French for
                                   Michael M. Beckwith
                              _____
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney
                              per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE