```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   OMAR LARA-CARINO
6
7
8            IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) NO. 2:06-cr-0287-MCE
                                )
12           Plaintiff,          )
                                ) SUBSTITUTION OF ATTORNEY; ORDER
13      v.                       )
                                )
14 OMAR LARA-CARINO,            )
                                )
15           Defendant.          )
                                )
16 _____ )
```

17      It is respectfully requested that MARY M. FRENCH, Supervising

18 Assistant Federal Defender, be relieved as attorney of record and that

19 DWIGHT M. SAMUEL, Attorney at Law, 117 J Street, #202, Sacramento,

20 California, 95814, telephone number (916) 447-1193, be substituted in

21 as appointed counsel in the above-entitled case.

22 Dated:  October 13, 2006

23                                      Respectfully submitted,

24                                      DANIEL J. BRODERICK
                                        Federal Defender
25
                                        /s/ Mary M. French
26                                      _____
                                        MARY M. FRENCH
27                                      Supervising Assistant
                                        Federal Defender
28                                      Attorney for Defendant

I accept the substitution.

Dated:  October 19, 2006

        /s/ Dwight M. Samuel

_____
DWIGHT M. SAMUEL
Attorney at Law


I consent to the substitution.

Dated:  October 19, 2006

        /s/ Omar Lara-Carino

_____
OMAR LARA-CARINO
Defendant

**O R D E R**

IT IS SO ORDERED.

DATED: October 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2