**FILED**

**JUL - 6 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   UNITED STATES OF AMERICA,                    CR.S-06-0287-MCE

12              Plaintiff,

13       vs.                                       DETENTION ORDER
                                                   (Violation of Pretrial Release, Probation or
14   OMAR LARA-CARINO,                             Supervised Release)

15              Defendant.
     _____/

16
         ☒   After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the
17           court finds:

18               ☒   There is probable cause to believe the person has committed a federal, state
                     or local crime while on release and the defendant has not rebutted the
19                   presumption that his release will endanger another or the community or

20               ____  There is clear and convincing evidence that the defendant has violated
                       another condition of release and

21
                 ____  based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or
22                     combination of conditions of release that will assure that the defendant will
                       not flee or pose a danger to the safety of another person or the community or

23
                 ____  the person is unlikely to abide by any condition or combination of conditions
24                     of release.  F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

25           ☒   Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of
                 probation or supervised release) the court finds defendant has not met his
26               burden of establishing by clear and convincing evidence that he will not flee
                 or pose a danger to another person or to the community.

1    IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the
2 custody of the Attorney General for confinement in a corrections facility separate, to the extent
practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
3 Upon further order of a court of the United States or request of an attorney for the United States the
person in charge of the corrections facility in which defendant is confined shall deliver defendant
4 to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6
Dated:  7-6-2010
7                                         EDMUND F. BRENNAN,
8                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DetentionOrder(VPR).wpd                    2